UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ERIE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 24-185-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| HOUSE OF BEAUTY MEDSPA, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, 28 U.S.C. § 2201(a), and consistent with the Memorandum Opinion and Order entered on this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is entered in favor of Plaintiff Erie Insurance Company and against Defendants House of Beauty MedSpa and Emily Ellis, doing business as Adelo Beauty, regarding all claims asserted in this action.

2.      The Court finds and declares that Plaintiff Erie Insurance Company does not owe Defendant Emily Ellis, doing business as Adelo Beauty, a duty to indemnity or to defend the defendant from or regarding the allegations and claims made in the civil action pending in the Commonwealth of Kentucky styled, *House of Beauty Medspa, LLC v. Emily Ellis, doing business as Adelo Beauty,* Madison Circuit Court, Case No. 23-CI-00556.  It is permitted to withdraw those defenses currently provided to the defendant in that action.

- 1 -

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 24, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky